**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DESIDERIO                       v. USA                              No. 06-2683-BEN(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr.  3 H

Attorneys

Plaintiffs                                                    Defendants

KENNETT PATRICK                              STEVE CHU


Settlement Conference held.


DATE: August 9, 2007